TIMOTHY L. WILLIAMS, OSB No. 034940
E-Mail: *tim@rdwyer.com*
Dwyer Williams Potter Attorneys, LLP
1051 NW Bond Street, Suite 310
Bend, OR 97701
Phone: 541.617.0555
Fax:    541.617.0984

JAMES P. DWYER, OSB No. 881366
E-Mail: *jim@heiling.com*
Heiling Dwyer & Associates
1220 SW Morrison, Suite 820
Portland, OR 97205
Phone: 503.274.0404
Fax:    503.274.0004

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOSH MORRIS**,<br><br>    Plaintiff,<br><br>vs.<br><br>**WALGREEN OSHKOSH, INC.**, a Wisconsin business corporation,<br><br>    Defendant. | Case No. 3:14-cv-01718-ST<br><br>**AMENDED COMPLAINT**<br>Personal Injury Action – 28 USC §1332; Negligence<br><br>DEMAND FOR JURY TRIAL |

Plaintiff ("JOSH MORRIS") alleges:

**JURISDICTION**

**1.**

The claims asserted herein arise under negligence.

DWYER WILLIAMS POTTER
ATTORNEYS, LLP
1051 NW Bond, Suite 310, Bend, OR 97701
Phone: (541) 617-0555    Fax: (541) 617-0984
E-Mail: tim@rdwyer.com

**2.**

This Court has original jurisdiction over this controversy pursuant to 28 U.S.C. §1332 (diversity of citizenship), as the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000, and Plaintiff is a citizen of the State of Oregon while Defendant is a citizen of Wisconsin.

**3.**

Proper venue for this action is in the State of Oregon pursuant to 28 U.S.C. §1391(a)(1)-(2), §1391(b)(1) and §1391(c)(2) because, while a citizen of a different state, Defendant resides within Oregon as it does substantial business in Oregon as described below.

## PARTIES

**4.**

At all times material, JOSH MORRIS was and is a resident of the State of Oregon.

**5.**

At all times material, Defendant was and is a Wisconsin business corporation doing substantial business for profit in the State of Oregon as an interstate trucking carrier distributing products to Walgreen's pharmacy stores within Oregon, including several stores within Multnomah County, Oregon.

**6.**

At all times material, Defendant had working for it principals, officers, owners, managers, employees, agents, or others within the control or right of control of Defendant, specifically including MARK E. MAJSZAK, who were working in the course and scope of their official duty, managerial capacity, employment, agency, or work over which Defendant had control or the right of control.  All acts attributed to Defendant as alleged below were performed by and through said persons.

**AMENDED COMPLAINT** – Page 2

## FIRST CLAIM FOR RELIEF

(Negligence)

**7.**

Plaintiff realleges and incorporates by reference herein Paragraphs 1-6 above.

**8.**

At all times material, Defendant was the owner of 2009 International semi-tractor bearing Illinois license plate number P686265, which was hauling a trailer bearing Wisconsin license plate number 574443, and which was being used in furtherance of Defendant's corporate business.

**9.**

At all times material, MARK E. MAJSZAK was the driver of the semi-truck and trailer identified in the preceding paragraph, and was working in the course and scope of his employment with Defendant.

**10.**

At all times material, JOSH MORRIS was the driver of a 1994 Honda Civic.

**11.**

At all times material, Interstate 5 was and is a public highway within the State of Washington.

**12.**

On or about November 12, 2012, at approximately 7:50 p.m., MARK MAJSZAK was driving the semi-truck and trailer identified above southbound on Interstate 5, in the middle southbound lane, approximately .24 miles south of the intersection of Interstate 5 and Custer Way in Tumwater, Washington. At the same place and time, JOSH MORRIS was also driving his Honda Civic southbound on Interstate 5, but in the right southbound lane. MARK MAJSZAK attempted to change lanes from the middle southbound lane into the right southbound lane, and in doing so,

**AMENDED COMPLAINT** – Page 3

DWYER WILLIAMS POTTER
ATTORNEYS, LLP
1051 NW Bond, Suite 310, Bend, OR 97701
Phone: (541) 617-0555    Fax: (541) 617-0984
E-Mail: tim@rdwyer.com

struck the left rear corner of JOSH MORRIS' Honda Civic with the semi-tractor's right front corner. This caused JOSH MORRIS' car to uncontrollably rotate counterclockwise in front of the semi-truck, which again struck the JOSH MORRIS' Civic, followed by a third collision with the semi-trailer, causing JOSH MORRIS' Civic to cross the middle and left lanes of southbound travel and strike the Jersey barrier. Said collisions caused JOSH MORRIS to sustain injuries and damages as alleged herein, all of which were reasonably foreseeable.

### 13.

At all times material, the area where the subject incident occurred was wet, rainy and dark.

### 14.

Defendant, by and through the acts of MARK E. MAJSZAK, was negligent in one or more of the following particulars, each of which creating a foreseeable and unreasonable risk of injury to JOSH MORRIS:

a.    In failing to remain in the right southbound lane of travel (statutory negligence, RCW 46.61.100);

b.    In moving from his lane of travel when such movement could not be made with reasonable safety (statutory negligence, RCW 46.61.140);

c.    In failing to keep a proper lookout under the circumstances then and there existing;

d.    In failing to drive at a reasonable speed; and

e.    In failing to maintain control of the semi-truck and trailer.

### 15.

At all times material, JOSH MORRIS had a bodily condition of his lumber spine that left him more susceptible to injury than a person in normal health.

**AMENDED COMPLAINT** – Page 4

**16.**

As a result of the negligence of Defendant, JOSH MORRIS sustained the following injuries and noneconomic damages, some of which may be permanent:

a.    Damage to the muscles, ligaments, tendons, nerves and other soft tissue of the head, neck, back, knees, left foot, shoulders, and wrists;

b.    Severe radicular symptoms into the extremities;

c.    Lumbar radiculopathy, requiring multiple injections and surgery;

d.    Cervical radiculopathy, requiring multiple injections;

e.    Traumatic carpal tunnel syndrome on the right, requiring surgery;

f.    Severe emotional distress, including Pain Disorder, Post Traumatic Stress Disorder and Adjustment Disorder;

g.    Pain, discomfort, and suffering; and

h.    Inconvenience and interference with usual and everyday activities, apart from gainful employment;

All to JOSH MORRIS' noneconomic damage in an amount determined by the jury to be fair and reasonable, but not to exceed the sum of **$2,500,000**.

**17.**

As a result of the negligence of Defendant, JOSH MORRIS sustained the following economic damages:

a.    Reasonable and necessary medical expenses in the approximate sum of **$169,863.81**;

b.    Future reasonable and necessary medical expenses in the approximate sum of **$614,760**;

c.    Wage loss through September 1, 2015 in the approximate sum of **$415,768**;

**AMENDED COMPLAINT** – Page 5

d.      Impairment of earning capacity suffered after September 1, 2015 and into the future in the approximate sum of **$6,839,306**;

e.      Vocational rehabilitation services in the approximate sum of **$58,798**; and

f.      Substitute household services in the approximate sum of **$629,553**;

All to JOSH MORRIS' economic damages in an amount to be determined by the jury to be fair and reasonable, but not to exceed the sum of **$8,728,048.80**.

**WHEREFORE**, Plaintiff JOSH MORRIS prays for relief from the Court as follows:

1.  Assume jurisdiction in this matter over Plaintiff's claims;

2.  Award Plaintiff judgment against Defendant for noneconomic damage in an amount determined by the jury to be fair and reasonable, but not to exceed the sum of **$2,500,000**;

3.  Award Plaintiff judgment against Defendant for economic damage in an amount determined by the jury to be fair and reasonable, but not to exceed the sum of **$8,728,048.80**;

4.  Award Plaintiff his costs and disbursements incurred herein;

5.  Award Plaintiff any other relief the Court deems appropriate.

Dated: December 22, 2015.

DWYER WILLIAMS POTTER
ATTORNEYS, LLP

HEILING DWYER & ASSOCIATES

By:   *s/ Tim Williams*

Tim Williams, OSB No. 034940
Jim Dwyer, OSB No. 881366
Of Attorneys for Plaintiff
Trial Attorneys: Same

**AMENDED COMPLAINT** – Page 6