UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JOSH MORRIS**,

          Plaintiff,

     vs.

**WALGREEN OSHKOSH, INC.**, a
Wisconsin business corporation,

          Defendant.

Case No. 3:14-cv-01718-ST

**VERDICT**

We, the jury, being first duly empaneled and sworn in the above entitled cause, do find as follows:

1.     What are plaintiff's damages, if any, that were caused by the accident?

          ANSWER:

| | |
|---|---|
| Past Medical Expenses | $ 134 747 |
| Future Medical Expenses | $ 18,000 |
| Lost Wages | $ 206,000 |
| Impaired Earning Capacity | $ 3,385,240 |
| Vocational Rehabilitation Expenses | $ 25,000 |
| Substitute Household Services | $ 67,830 |
| Noneconomic Damages | $ 550,000 |

Dated: January 22, 2016.

_____
Presiding Juror

**VERDICT**